No. 4340.—Crédito y Ahorro Popular, Apldo., v. Ruiz, Aplte.—C. D. Ponce. Fijación de vencimiento y cobro de dinero. Nov. 22, 1927. Resuelto por los fundamentos del caso No. 4339 del mismo título y fecha desestimándose el recurso.

No. 4360.—Nitrate Agencies Co., Aplda., v. Díaz, Aplte. —C. D. San Juan. Nov. 22, 1927. Apareciendo que la transcripción de la evidencia fué aprobada por el Juez de la Corte de Distrito el día 24 de junio último, sin que hasta la fecha se haya radicado en la corte de distrito o en la Secretaría de este tribunal el legajo de la sentencia o la transcripción, ni se haya solicitado prórroga alguna para ello, no siendo necesaria la notificación de la aprobación de la transcripción, vista la Ley No. 81 de 1919, se declara con lugar la moción de desestimación presentada por la parte apelada y en su consecuencia se desestima el recurso de apelación interpuesto contra la sentencia que dictó la Corte de Distrito de San Juan en febrero 5, 1927, en el caso arriba expresado.

No. 4361.—Vázquez, Apldo., v. The P. R. Racing Corporation et al., Aplte.—C. D. San Juan. Nov. 22, 1927. Apareciendo de la moción de la parte apelada y de la certificación acompañada a la misma que la apelación se interpuso el 2 de julio último, que habiendo optado la parte apelante por la transcripción de la evidencia preparada por el taquígrafo, se concedió a éste un término que venció sin que la transcripción se presentara y sin que se practicara gestión alguna más en el asunto, y no habiéndose radicado aún los autos en este tribunal, *se declara con lugar la moción y en su consecuencia se desestima el recurso.*